UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF OKLAHOMA

FOUNDER ECO OF UCIA
CORACIVIC CEO

J. RUSSELL )
PLAINTIFF )

VS )

FOUNDERS & ECO )
BECKA AHIMER )
BOWRAINALD )

DEFENDANTS

) CIV 20   664 F

CASE NO.

(TO BE FILLED IN BY THE CLERKS
OFFICE)

**FILED**

JUL 0 9 2020

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ KNT _____, DEPUTY

MOTION TO SETALE IN THE UNITED STATES
DISTRICT COURT FOR THE WESTERN DISTRICT
OF OKLAHOMA WITH THE DEFENDANT(S) BECKLAHIMER
BOWRAINALD

COMES NOW JEREMY ALLEN RUSSELL BY
WAY OF HIS OWN ATTORNEY BLACK LAW
LAW FARM BAR NO. 204904448940
FILESING A MOTION FOR SETALEMENT
WITH THE DEFENDANTS BECKLAHIMER
BOWRAINALDS FOR 350% OF THE
ACCOUNT FOR THE PLAINTIFF AND 50%
FOR MR CHIEF BOWRAINALS
AND WARDEN BECKLAHIMER VIA CORACIVIC RANK
W/ ONE (1) OUT OF THE 4 FOUR (4)

FACILITY FORMERLY OWNED BY EEA NOW
OWNED BY CORACIVIC & UCIA IN THS
STATE OF OKLAHOMA ~~█████████████~~
~~█████████████████████████████~~
~~████~~ DAVES CORRECTIONAL FACILITY IN
HOLDENVILLE OKLAHOMA WHILL THE
PLAINTIFF RUN'S THE REST HERE
IN OKLA. AND THE US. UNDER THE
UCIA AND THE DEFENDANTS BOLL
MARK & JOSHAWA ENGERS AND MIKLE
CIPPERS DOING A LIFE WITH & WITH
OUT FOR MURDER AND THE REST OF
THE WONNABE EART TEAM BE CHAGRED
WITH RAP IN THE FARST POSETION OF
CHILD PORNOGERPHY HAKING SYBERNETIC
TERRISUM VIA SKULL CANDY (ECT)
AND THAT MARK JOSHAWA ENGERS
AND MIKLE CIPPERS BE SENT TO
THE STATE OF CALIAFORNA ON PERMANENT
PERTECTIVE CUSTDY FOR THERE OWN SAFTY
AND I LIVE IN MY OWN UNEEK HOUSE
ING SUCH AS THE UNIT MANAGER
OFFICE AND OL GOLF UNIT WHITCH
IS ABANDET HERE AT DAVES CORRECTONAL
FACILITY AND I GET 186 BOXS OF
PROPRTY FOR FOUNDING UCIA 486
BOXS OF PROPRTY ~~████~~ W/ 86 RULSACS
FOR SETALMENT AS/ CORACIVIC AND ~~██~~ ON

THE STIPALTEON I CAN FORM UNDER
COVER ~~█████~~ CEO FOR CORRECTIVE AND
ABALE TO WORK IN C/C MEDICAL GOLF
CONTROLL OR THE KITCHEN IN CORRECTIVE
UNAFORME AND ALL OTHER STIPALATIONS
TURMES & CONDITIONS THAT THE PLAINTIFF
AND THE DEFENDANT(S) BOWRAENALS &
BECKLAHEMER WITH THE EXSEPTION OF
THE STIPALTEON OF RENURNING TO LEXINGRN
CORRECTIONAL CENTER TO MAKE IT RIGHT
WITH OFFICERS AND CIPPERS 3 INMATES
IN FOR MUNDER DOING A LIFE W/ AND
A LIFE WITH OUT POSABICATY OF PROLE
IN STED IN 3 WEEKS I WILL RETURN
TO LEXINGTON CORRECTIONAL CENTER TO
MAKE THING RIGHT WITH BOWRAINALS
AND BECKLAHEMER


I JEREMY ALLEN RUSSELL ON THIS
22ND DAY ON THE YEAR OF 2020 DO
SO SOLEMLY ~~█████~~ SWERE UNDER
THE OATH AND LAWS OF PENALTY OF
PURJERY THAT THE FACTS STATED HERE
WITHIN ARE TRUE AND CORECT TO
THE UPMOST & FULEST OF THYN OWN
KNOWLEDGE, SINCERLY & REPECTFULY
                    PLANTIFF J. Russell

I JEREMY ALLEN RUSSELL
ON THIS 22ⁿᵈ DAY OF JUNE ON
THE YEAR OF 2020 DUE So SALSMLY
SWER UNDER OATH AND THE LAWS
OF PENALTY OF PERJURY THAT I ~~ARE~~
JEREMY ALLEN RUSSELL 625347
09-25-1991 STATE I NO LONGERER
WONT A **HOLD ON** MY TIME IN
PRISON NORE DO I WISH TO RSTURN
TO LEXINGTON CORRECTIONAL KENTER
TO MAKE THING RIGHT WITH MARK
EDWARD ENGLERS & ▓▓▓▓▓ CIPPERS
I WISH TO DISCHARGE FROM DAVIS
CORRECTIONAL ▓▓▓▓ FACILITY

RESPECTFULY, THE PLAINTIFF
Russell Jeremy
625347

I AM REQUESTING A MOTION TO
HOLD AN EMARGENTCY HEARING
DUE TO THE EXSECIVE AMONTE
OF TORMENT I HAVE GONE THROUGH
DEALING MY INCARSARTION